

2010R01045/JWS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. ELH-11-0258 |
| LAWRENCE LEE HAYES, JR., | * | |
| a/k/a "Boo," | | UNDER SEAL |
| RICHARD ANTHONY WILFORD, | * | |
| a/k/a "Richie Rich," | | (Conspiracy to Distribute and |
| BRYAN EAMMON WILLIAMS, | * | Possess with Intent to Distribute |
| GEORGE LAMAR PLUNKETT, | | Cocaine, 21 U.S.C. § 846) |
| MARK ANTHONY HAWKINS, | * | |
| a/k/a "M&M," and | | |
| ROBERT NYAKANA, | * | |
| Defendants. | * | |

...oOo...

### INDICTMENT

The Grand Jury for the District of Maryland charges:

From in or about August 2010, continuing until in or about May 2011, in the District of Maryland,

**LAWRENCE LEE HAYES, JR.,**
a/k/a "Boo,"
**RICHARD ANTHONY WILFORD,**
a/k/a "Richie Rich,"
**BRYAN EAMMON WILLIAMS,**
**GEORGE LAMAR PLUNKETT,**
**MARK ANTHONY HAWKINS,**
a/k/a "M&M," and
**ROBERT NYAKANA,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

5/5/11
_____
Date