**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. ELH-11-0258 |
| LAWRENCE LEE HAYES, JR., a/k/a "Boo," | * | UNDER SEAL |
| RICHARD ANTHONY WILFORD, a/k/a "Richie Rich," | * | |
| BRYAN EAMMON WILLIAMS, GEORGE LAMAR PLUNKETT, | * | |
| MARK ANTHONY HAWKINS, a/k/a "M&M," and | * | |
| ROBERT NYAKANA, | * | |
| Defendants. | * | |

...oOo...

## MOTION TO SEAL INDICTMENT AND BENCH WARRANTS

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United State Attorney for said District, respectfully requests an order from the Court sealing the Indictment and Bench Warrants in this case, and in support states the following:

1. The defendants have been charged in a one count indictment alleging conspiracy and possession with the intent to distribute cocaine. Bench warrants are sought for their arrests.

2. The defendants are part of a large drug-trafficking conspiracy that continues to be investigated by a joint federal-state law enforcement task force. The investigation includes extensive surveillance, including the authorized interception of wire communications between the conspirators.

3. Coupled with the execution of the prayed-for bench warrants, it is anticipated that search warrants signed by a judge of the Circuit Court for Baltimore City will be executed at

several locations within Baltimore City and elsewhere within the State of Maryland within the next 7-14 days. The execution of these warrants will be timed to coincide with the delivery of narcotics between the conspirators, some of whom are charged federally in this case.

4. Accordingly, the Indictment and Bench Warrants should be sealed until the defendants are arrested to protect the integrity of the investigation; prevent the defendants from becoming aware of their Indictments; and to ensure the safety of the officers/agents, who will be executing search warrants and attempting to arrest the defendants.

WHEREFORE, for all of the foregoing reasons, the United States of America respectfully requests an order from the Court sealing the Indictment and Bench Warrants in this case.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

John W. Sippel, Jr.
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, Maryland 21201
(410) 209-4807