**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. _ELH-11-0258_ |
| LAWRENCE LEE HAYES, JR., <br> a/k/a "Boo," | * | UNDER SEAL |
| RICHARD ANTHONY WILFORD, <br> a/k/a "Richie Rich," | * | |
| BRYAN EAMMON WILLIAMS, <br> GEORGE LAMAR PLUNKETT, | * | |
| MARK ANTHONY HAWKINS, <br> a/k/a "M&M," and | * | |
| ROBERT NYAKANA, | * | |
| Defendants. | * | |

...oOo...

## ORDER

Upon consideration of the Government's Motion to Seal the Indictment and Bench Warrants, it is this _____ day of May 2011, and finding that the Indictment and Bench Warrants should be sealed until the defendants are arrested to protect the integrity of the investigation; prevent the defendants from becoming aware of their Indictments; and to ensure the safety of the officers/agents who will be executing search warrants and attempting to arrest the defendants; it is hereby

**ORDERED**, that the Indictment and Bench Warrants in the captioned case be and hereby are **SEALED** until the defendants are in custody,

**ORDERED**, that the Clerk of this Court take appropriate measures in connection with the sealing of the Indictment and Bench Warrants in the captioned case, and it is further,

**ORDERED**, that the Motion to Seal the Indictment and Bench Warrants and this Order sealing the Indictment and Bench Warrants also be and it hereby is **SEALED**, and it is further

**ORDERED** that the Clerk of the Court is to provide a copy of the Indictment, Bench Warrants, and this Order to Assistant United States Attorney John W. Sippel, Jr.

                                         SUSAN K. GAUVEY
                                         UNITED STATES MAGISTRATE JUDGE