### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * |
| **LAWRENCE LEE HAYES, JR.,** *et al.*, | *  CRIMINAL NO. ELH-11-0258 |
| **Defendants.** | * |

...oOo...

### MOTION TO UNSEAL INDICTMENT AND BENCH WARRANTS

The United State of America, by its counsel, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United State Attorney for said district, respectfully requests an order from the Court unsealing the Indictment and Bench Warrants in this case, and in support states the following:

1. The defendants have been charged in a one-count indictment alleging conspiracy and possession with the intent to distribute five kilograms or more of cocaine. Bench warrants were sought for their arrests.

2. Four of the six defendants have been arrested and had their initial appearances. As a result of the arrests, execution of search and seizure warrants, and court appearances, the substance of the indictment has been made public and the circumstances to maintain the indictment under seal no longer exist.

3. The defendants who remain at-large are being actively pursued. The United States Marshals Service requires an unsealed copy of the indictment and bench warrants to further effectuate the arrests of the at-large defendants.

Accordingly, the Government respectfully requests that the Indictment and Bench Warrants be unsealed.

                                      Respectfully submitted,

                                      Rod J. Rosenstein
                                      United States Attorney

June 6, 2011
Date

                                      John W. Sippel, Jr.
                                      Assistant United States Attorney
                                      36 S. Charles Street, Fourth Floor
                                      Baltimore, Maryland 21201
                                      (410) 209-4807