IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | | CRIMINAL NO. ELH-11-0258 |
| LAWRENCE LEE HAYES, JR., *et al.*, | * | |
| Defendants. | * | |

...oOo...

## ORDER

Upon consideration of the Government's Motion to Unseal the Indictment and Bench Warrants and the reasons set forth therein, it is this 7th day of June 2011,

**ORDERED**, that the Indictment and Bench Warrants in the above-captioned case be and hereby are **UNSEALED**, and it is further

**ORDERED**, that the Clerk of this Court take appropriate measures in connection with the unsealing of the Indictment and Bench Warrants in the captioned case.

_____
ELLEN L. HOLLANDER
UNITED STATES DISTRICT JUDGE