IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal no. ELH-11-0258 |
| GEORGE LAMAR PLUNKETT, | * | |
| Defendant. | * | |

...oOo...

### RESPONSE TO DEFENDANT'S MOTION FOR REVIEW OF ORDER OF DETENTION

The United States of America, by and through its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said District, hereby submits this response to defendant George Lamar Plunkett's Motion for Review of Order of Detention and states as follows:

1. The defendant is charged with five others in a one-count indictment with conspiracy to distribute and possess with intent to distribute five (5) kilograms or more of cocaine, in violation of 21 U.S.C. § 846. During the course of the investigation, law enforcement officers seized approximately 150 kilograms of cocaine, approximately $2,500,000.00 in U.S. currency, and other assets and property. The defendant was arrested on May 16, 2011. At the time of his arrest, the defendant was in possession of 1.5 kilograms of crack cocaine. The defendant had four prior convictions for distribution of narcotics.

2. The defendant had his initial appearance before the Court on May 17, 2011, and the Government moved for detention pursuant to 18 U.S.C. § 3142(f)(1)(C). On May 20, 2011, a detention hearing was held. Because the defendant had several prior drug distribution convictions, a rebuttable presumption exists pursuant to 18 U.S.C. § 3142(e)(3)(A) that the

defendant should be detained. During the detention hearing, the Government proffered facts that established probable cause to sustain the charge against the defendant and supported that the defendant posed a danger to the community and was a risk of flight and, therefore, should be detained. The United States PreTrial Services Office also recommended that the defendant be detained. While the defendant attempted to rebut the presumption of detention, the Court found that the defendant had not rebutted the presumption and found that the defendant posed a danger to the community. Accordingly, the Court entered an Order of Detention.

       3.      In his Motion for Review of Order of Detention, the defendant makes arguments identical to those presented by his counsel at the May 20th and fails to present any new facts that would justify a modification of his Order of Detention or rebut the presumption of detention pursuant to 18 U.S.C. § 3142(e)(3)(A). Therefore, there is no basis for a review of the May 20th Order of Detention and his Motion should be denied.

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that defendant George Lamar Plunkett's Motion for Review of Order of Detention be denied and that the defendant remain detained as ordered.

                                              Respectfully submitted,

                                              Rod J. Rosenstein
                                              United States Attorney

                                              _____/s/_____
                                              John W. Sippel, Jr.
                                              Assistant United States Attorney
                                              36 South Charles Street, Fourth Floor
                                              Baltimore, Maryland 21201
                                              (410) 209-4807

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY this  21st  day of July, 2011, that the foregoing Response to Defendant's Motion for Review of Order of Detention was served via ECF to:

> Michael E. Kaminkow, Esquire
> 10 South Street, Suite 400
> Baltimore, Maryland 21202

>                          /s/
> John W. Sippel, Jr.
> Assistant United States Attorney