**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

July 28, 2011

LETTER TO COUNSEL Re: *United States v. Hayes, et al.*, Criminal No.: ELH-11-258

Dear Counsel:

This will confirm our discussions during the telephone conference held on July 28, 2011, with respect to the above reference a matter.

1. Discovery will be provided by the Government to defense counsel as expeditiously as possible, and as it becomes available. All discovery shall be furnished no later than **August 31, 2011**.

2. The Government intends to file a superseding indictment to add a forfeiture provision, and it will do so by the end of **August 2011**.

3. The Government will submit a speedy trial motion. I ask Mr. Sippel to do so no later than **August 8, 2011**.

4. The Court will hold a telephone status conference on **Friday, October 7, 2011, at 9:00 a.m.** The Government shall initiate the call to defense counsel and then to chambers.

5. Defendants' motions shall be due on or before **October 28, 2011.** The Government's response(s) shall be due on or before **November 30, 2011**.

6. The Court will hold a telephone status conference on **Friday, December 2, 2011, at 9:30 a.m.** Again, the Government shall initiate the call to defense counsel and then to chambers.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge