2010R01045/JWS

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2011 AUG 25 PM 3:25

CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| | * | CRIMINAL NO. ELH-11-0258 |
| LAWRENCE LEE HAYES, JR., a/k/a "Boo," | * | (Conspiracy to Distribute and Possess with Intent to Distribute Cocaine, 21 U.S.C. § 846; Forfeiture, 21 U.S.C. § 853) |
| RICHARD ANTHONY WILFORD, a/k/a "Richie Rich," | * | |
| BRYAN EAMMON WILLIAMS, GEORGE LAMAR PLUNKETT, | * | |
| MARK ANTHONY HAWKINS, a/k/a "M&M," and | * | |
| ROBERT NYAKANA, | * | |
| Defendants. | * | |

...oOo...

## SUPERSEDING INDICTMENT

The Grand Jury for the District of Maryland charges:

From in or about August 2010, continuing until in or about May 2011, in the District of Maryland,

**LAWRENCE LEE HAYES, JR.,**
a/k/a "Boo,"
**RICHARD ANTHONY WILFORD,**
a/k/a "Richie Rich,"
**BRYAN EAMMON WILLIAMS,**
**GEORGE LAMAR PLUNKETT,**
**MARK ANTHONY HAWKINS,**
a/k/a "M&M," and
**ROBERT NYAKANA,**

the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree with each other and others known and unknown to the Grand Jury to distribute and possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable

amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

21 U.S.C. § 846

## FORFEITURE

1.   As a result of the offense set forth in Count One, the defendants,

**LAWRENCE LEE HAYES, JR.,**
a/k/a "Boo,"
**RICHARD ANTHONY WILFORD,**
a/k/a "Richie Rich,"
**BRYAN EAMMON WILLIAMS,**
**GEORGE LAMAR PLUNKETT,**
**MARK ANTHONY HAWKINS,**
a/k/a "M&M," and
**ROBERT NYAKANA,**

shall forfeit to the United States (1) any and all property obtained directly or indirectly as a result of any such violation, and (2) any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commissions of any such violation charged in this indictment, including the following:

   a.   Five million dollars ($5,000,000.00) in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate was furnished or intended to be furnished in exchange for controlled substances and constitutes proceeds traceable to such exchanges and was used or intended to be used to facilitate a violation of the Controlled Substances Act, in violation of Title 21, United States Code, Section 881(a)(6).

   b.   Personal and real property, including the following:

   i.   $100,000.00 in U.S. Currency, seized from United States Post Office (DEA Asset/Item ID 11-DEA-544530);

   ii.   $269,000.00 in U.S. Currency, seized from Bryan Eammon Williams on April 4, 2011 (DEA Asset/Item ID 11-DEA-545446);

   iii.   1972 Chevrolet Chevelle Malibu convertible, VIN-1D67J2B671803 (DEA Asset/Item ID 11-DEA-545225);

3

    iv.    2011 Porsche Panamera Turbo, VIN-WP0AC2A76BL090274 (DEA Asset/Item ID 11-DEA-545446);

    v.    2011 Audi Q7, VIN-WA1DGBFE88D006887 (DEA Asset/Item ID 11-DEA-546276);

    vi.    Real property at 112 Evergreen Trail, Atlanta Georgia (DEA Asset/Item ID 11-DEA-547189);

    vii.    Real property at 1825 Bayrose Circle, East Point, Georgia (DEA Asset/Item ID 11-DEA-547190);

    viii.    Real property at 1508 Bayrose Circle, East Point, Georgia (DEA Asset/Item ID 11-DEA-547192);

    ix.    Real property at 2555 Flat Shoals Road, Unit 2102, College Park, Georgia (DEA Asset/Item ID 11-DEA-547193);

    x.    Real property at 2555 Flat Shoals Road, Unit 1805, College Park, Georgia (DEA Asset/Item ID 11-DEA-547194);

    xi.    Real property at 5424 Festival Avenue, Unit 2602, Fairburn, Georgia (DEA Asset/Item ID 11-DEA-547195);

    xii.    Real property at 2079 Grove Way, Hampton, Georgia (DEA Asset/Item ID 11-DEA-547196);

    xiii.    Assorted jewelry (5 pieces), seized from 112 Evergreen Trail, Atlanta Georgia (DEA Asset/Item ID 11-DEA-547317);

    xiv.    18kt white gold diamond tennis bracelet, seized from 112 Evergreen Trail, Atlanta Georgia (DEA Asset/Item ID 11-DEA-547324);

    xv.    $48,713.48 in U.S. currency, seized from BB&T Bank checking account number 0005157295499 (DEA Asset/Item ID 11-DEA-546333);

    xvi.    $10,652.89 in U.S. currency, seized from SunTrust Bank checking account number 1000102467395 (DEA Asset/Item ID 11-DEA-546360);

xvii. Assorted jewelry (2 pieces), seized from 112 Evergreen Trail, Atlanta Georgia (DEA Asset/Item ID 11-DEA-547327);

xviii. $11,900.00 in U.S. currency, seized from Bank of America checking account number 334032409252 (DEA Asset/Item ID 11-DEA-546497);

xix. $1,448.64 in U.S. currency, seized from Wachovia Bank checking account number 1010162827563 (DEA Asset/Item ID 11-DEA-546817);

xx. $661.26 in U.S. currency, seized from M&T Bank checking account number 5773601 (DEA Asset/Item ID 11-DEA-546819);

xxi. $12,039.59 in U.S. currency, seized from Wachovia Bank checking account number 2000043213386 (DEA Asset/Item ID 11-DEA-546821);

xxii. $143,926.60 in U.S. currency, seized from M&T Bank checking account number 9851180860 (DEA Asset/Item ID 11-DEA-546822);

xxiii. $318,006.00 in U.S. currency, seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-547558);

xxiv. $3,820.00 in U.S. currency, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-547559);

xxv. $219,065.00 in U.S. currency, seized from 1 E. Chase Street, #613, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-547561);

xxvi. $200,240.00 in U.S. currency, seized from 35 Mainview Court, Randallstown, Maryland (DEA Asset/Item ID 11-DEA-547563);

xxvii. $1,684,635.00 in U.S. currency, seized from 3530 Seapines Circle, Randallstown, Maryland (DEA Asset/Item ID 11-DEA-547567);

xxviii. $153,968.00 in U.S. currency, seized from 1817 Morning Brook Drive, Forest Hill, Maryland (DEA Asset/Item ID 11-DEA-547583);

xxix. $4,090.00 in U.S. currency, seized from 2126 Woodlawn Drive, Gwynn Oak, Maryland (DEA Asset/Item ID 11-DEA-547584);

xxx. $7,627.00 in U.S. currency, seized from Alvin Purcell Wells on May 23, 2011 (DEA Asset/Item ID 11-DEA-547870);

xxxi. $7,505.75 in U.S. currency, seized from Aberdeen Proving Ground Federal Credit Union checking account number 50331955 (DEA Asset/Item ID 11-DEA-548028);

xxxii. $7,124.45 in U.S. currency, seized from Bank of America checking account number 001641002039 (DEA Asset/Item ID 11-DEA-548052);

xxxiii. 2006 Ford F150 truck, VIN-1FTPW14516KB02736 (DEA Asset/Item ID 11-DEA-548131);

xxxiv. $620.38 in U.S. currency, seized from SunTrust Bank checking account number 4677034251 (DEA Asset/Item ID 11-DEA-548182);

xxxv. 2002 Jeep Liberty, VIN-1J4GL58K32W104341 (DEA Asset/Item ID 11-DEA-548202);

xxxvi. $8,798.26 in U.S. currency, seized from Aberdeen Proving Ground Federal Credit Union checking account number 50331956 (DEA Asset/Item ID 11-DEA-548229);

xxxvii. 2006 Toyota Solara, VIN-1G1ZE5EB5AF273958 (DEA Asset/Item ID 11-DEA-548317);

xxxviii. $2,109.22 in U.S. currency, seized from Wachovia Bank checking account number 1832001 (DEA Asset/Item ID 11-DEA-548318);

xxxix. 2006 Land Rover Range Rover, VIN-SALMF134X6A206782 (DEA Asset/Item ID 11-DEA-548340);

xl. 46" Sharp Aquos television, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-548378);

xli. 40" Sharp Aquos television, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-548379);

xlii. 2008 Mercedes Benz CL63, VIN-WDDEJ77X18A010918 (DEA Asset/Item ID 11-DEA-548462);

xliii. 2003 Land Rover Range Rover, VIN-SALMF11463A130573 (DEA Asset/Item ID 11-DEA-548472);

xliv. $5,255.09 in U.S. currency, seized from M&T Bank checking account number 131316629-4 (DEA Asset/Item ID 11-DEA-548590);

xlv. $5,955.79 in U.S. currency, seized from M&T Bank checking account number 131316628-5 (DEA Asset/Item ID 11-DEA-548596);

xlvi. $25,000.00 in U.S. currency, seized from Lyle Monroe on June 8, 2011 (DEA Asset/Item ID 11-DEA-549137);

xlvii. Gucci 114-2 watch, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-549254);

xlviii. Gucci 114-2 watch, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-549259);

xlix. Movado Museum watch, seized from 11 Rock Hollow Court, Elkton, Maryland (DEA Asset/Item ID 11-DEA-549265);

l. Breitling Headwind watch, seized from 1817 Morning Brook Drive, Forest Hill, Maryland (DEA Asset/Item ID 11-DEA-549285);

li. Michael Kors MK-5055 watch, seized from 1817 Morning Brook Drive, Forest Hill, Maryland (DEA Asset/Item ID 11-DEA-549299);

lii. 2007 Cadillac Escalade, VIN-1GYFK66887R204677 (DEA Asset/Item ID 11-DEA-549396);

liii. Breitling Bentley Motors watch, seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549459);

7

    liv.    Ernst Benz 7750 watch, seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549478);

    lv.    Rolex Datejust II watch, seized from seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549488);

    lvi.    Rolex GMT Master II watch, seized from seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549503);

    lvii.    Audemars Piguet Offshore watch, seized from seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549507);

    lviii.    Rolex Perpetua watch, seized from seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549513);

    lix.    Ernst Benz Chronoscope watch, seized from seized from 1020 Park Avenue, Apt. 907, Baltimore, Maryland (DEA Asset/Item ID 11-DEA-549600);

    lx.    $50,000.00 in U.S. currency, seized from M&T Bank checking account number 9842653058 (DEA Asset/Item ID 11-DEA-549817);

    lxi.    $32,230.42 in U.S. currency, seized from Bank of America checking account (DEA Asset/Item ID 11-DEA-550283);

    lxii.    $67,746.00 in U.S. currency, seized from 8700 Pershing Drive, Apt. 4109, Los Angeles, CA (DEA Asset/Item ID 11-DEA-552004);

    lxiii.    Assorted jewelry seized from 8700 Pershing Drive, Apt. 4109, Los Angeles, CA (DEA Asset/Item ID 11-DEA-552174).

2. If, as a result of any act or omission of a defendant, any such property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person:

8

  c.  has been placed beyond the jurisdiction of the Court;

  d.  has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of Five Million Dollars ($5,000,000.00).

21 U.S.C. § 853

*[signature]*
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY


A TRUE BILL:

**SIGNATURE REDACTED**
FOREPERSON

8/25/11
DATE

9