# UNITED STATES DISTRICT COURT
for the
District of Maryland

RECEIVED
U.S. MARSHALS
BALTIMORE

2011 MAY -5 P 3: 12

United States of America
v.

RICHARD ANTHONY WILFORD
a/k/a Richie Rich
*Defendant*

Case No. ELH-11-0258

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

SEP 1 9 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___ DEPUTY

## SEALED ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* RICHARD ANTHONY WILFORD a/k/a Richie Rich ,
who is accused of an offense or violation based on the following document filed with the court:

[x] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice   [ ] Order of the Court

This offense is briefly described as follows:

CONSPIRACY TO DISTRIBUTE AND POSSESS W/INTENT TO DISTRIBUTE COCAINE

Date: MAY 5, 2011

*H. Lee*
By: Deputy Clerk

City and state: BALTIMORE, MARYLAND

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

### Return

This warrant was received on *(date)* 05/5/2011 , and the person was arrested on *(date)* 09/16/2011
at *(city and state)* BALTIMORE, MD

Date: 09/16/2011

*Arresting officer's signature*

DUSM DAVID LUTZ
*Printed name and title*