IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SEP 1 9 2011

UNITED STATES OF AMERICA

vs.                                        Case No.   ELH-11-0258

RICHARD ANTHONY WILFORD

\* \* \* \* \* \*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __William Purpura, Esq.__, and the Government was represented by Assistant United States Attorney __John Sippel, Esq.__, it is

**ORDERED**, this __16th__ day of __September, 2011__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Beth P. Gesner
United States Magistrate Judge