**United States District Court**
**District Of Maryland**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

October 7, 2011

MEMO TO COUNSEL

    Re:   *United States v. Hayes, et al.*
            Criminal No.: ELH-11-258

Dear Counsel:

This will confirm the substance of our discussions during the telephone conference held on Friday, October 7, 2011.

1. A three-week jury trial has been scheduled beginning **Monday, May 7, 2012**. At a later date, I will schedule the pre-trial conference.

2. The Government has advised that virtually all discovery has been produced, with the exception of certain text messages. The Government anticipates that discovery will be completed within the next ten (10) days.

3. The Court will hold another telephone status conference on **Friday, December 9, 2011, at 9:15 a.m.** This date is in lieu of the conference previously scheduled for December 2, 2011. Although I indicated that the conference would be held at 9:30 a.m., please note that I changed the time to 9:15 a.m., because I will be in trial on December 9, 2011. I ask the Government to initiate the call to defense counsel and then to chambers.

4. Defendants' motions shall be due on or before **January 20, 2012**. The Government's response(s) shall be due on or before **February 24, 2012**. Please note that these dates are in lieu of the dates set forth in my letter of July 28, 2011.

5. With respect to Defendant Wiliams' motion to compel return of illegally detained property (ECF 63), and the Government's motion to maintain custody of seized property (ECF 67), counsel have suggested that I defer ruling because the same issue was recently argued in the United States Court of Appeals for the Fourth Circuit. Further, counsel advised that the issues raised in these motions will not delay the case. When the motions are ready for resolution, I ask counsel to let me know.

  Despite the informal nature of this Memo, it is an Order of the Court and the Clerk shall docket it as such.

                Sincerely,

                /s/
                Ellen Lipton Hollander
                United States District Judge