**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: ELH-11-0258** |
| **RICHARD ANTHONY WILFORD** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ENTRY OF APPEARANCE**

Please enter the appearance of William B. Purpura as retained counsel for the Defendant, Richard Anthony Wilford, in the above-captioned case.

Respectfully submitted,

_____/s/_____
William B. Purpura
Bar # 00074
Law Office of Purpura & Purpura
8 East Mulberry St.
Baltimore, MD 21202
Tel:  410-727-8550

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all parties of record through the Court's CM/ECF system.

_____/s/_____

William B. Purpura