# United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

December 9, 2011

MEMORANDUM TO COUNSEL

    Re:   *USA v. Lawrence E. Hayes, Jr., et al.*
           Criminal Case No. ELH-11-cr-258

Dear Counsel:

This will confirm the substance of our discussions during the telephone conference held on Friday, December 9, 2011.

1. Mr. Purpura will enter his appearance on behalf of his client, Mr. Wilford.

2. Defendants' motions shall be due on or before **February 24, 2012**. Please note that this date is in lieu of the date previously specified in my letter of October 7, 2011. The Government's response(s) shall be due on or before **March 30, 2012**. Any replies will be due by **April 16, 2012**.

3. A motion hearing will be held on **April 20, 2012**, beginning at **10:00 a.m.** The pretrial conference will follow immediately upon the conclusion of the motion hearing.

4. Proposed **joint** voir dire questions, proposed **joint** jury instructions, a proposed **joint** verdict form, and motions in limine shall be due no later than **April 13, 2012**. conference. You may, of course, file separately any proposed voir dire questions, proposed jury instructions, and verdict forms upon which you cannot agree. Copies of all of your proposed submissions should also be submitted to Chambers by email, to my Judicial Assistant, at Karen_Warren@mdd.uscourts.gov.

5. Notwithstanding the schedule that has been set, it appears that most of the defendants are involved in plea negotiations with the Government. Accordingly, counsel have asked me to hold in abeyance the motions filed by Mr. Williams to compel return of illegally retained property (ECF 63), and to stay the sale of seized property (ECF 70).

Despite the informal nature of this letter, it is an Order of the Court, and the Clerk shall docket it as such.

Sincerely,

/s/
Ellen Lipton Hollander
United States District Judge