

2010R01045/JWS

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

2012 JAN -5 P 12: 49

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | |
| LAWRENCE LEE HAYES, JR., a/k/a "Boo," | * | |
| RICHARD ANTHONY WILFORD, a/k/a "Richie Rich," | * | CRIMINAL NO. ELH-11-0258 |
| BRYAN EAMMON WILLIAMS, GEORGE LAMAR PLUNKETT, | * | |
| MARK ANTHONY HAWKINS, a/k/a "M&M," and | * | |
| ROBERT NYAKANA, | * | |
| Defendants. | * | |

...oOo...

## INFORMATION

The United States Attorney for the District of Maryland hereby provides notice pursuant to Rule 32.2(a), that, as a result of the offense set forth in Count One of the Superseding Indictment in this case, and in addition to the notice provided in the Superseding Indictment, the defendants,

**LAWRENCE LEE HAYES, JR.,**
a/k/a "Boo,"
**RICHARD ANTHONY WILFORD,**
a/k/a "Richie Rich,"
**BRYAN EAMMON WILLIAMS,**
**GEORGE LAMAR PLUNKETT,**
**MARK ANTHONY HAWKINS,**
a/k/a "M&M," and
**ROBERT NYAKANA,**

shall forfeit to the United States (1) any and all property obtained directly or indirectly as a result of any such violation, and (2) any and all property used, or intended to be used, in any manner or part to commit and to facilitate the commissions of any such violation charged in the Superseding

indictment, including the following:

1. 2006 Toyota Solara, VIN-4T1CE38P06U693232 (DEA Asset/Item ID 11-DEA-548317);

2. 2006 Lincoln Navigator, VIN-5LMFU28556LJ02243 (DEA Asset/Item ID 11-DEA-548475);

3. 2005 Dodge Ram, VIN-1D7HU18N75S340616 (DEA Asset/Item ID 11-DEA-548477);

4. $189,853.00 in U.S. Currency, seized from 5120 Laurel Avenue in Baltimore, Maryland (DEA Asset/Item ID 11-DEA-553252);

5. 2010 Honda Crosstour, VIN-5J6TF2H51AL009985 (DEA Asset/Item ID 11-DEA-553617);

6. 2007 Mercedes Benz CL550, VIN-WDDEJ71XX7A000606 (DEA Asset/Item ID 11-DEA-553632);

7. 32" Westinghouse LD3255 LED television, seized from seized from 5120 Laurel Avenue in Baltimore, Maryland (DEA Asset/Item ID 11-DEA-553692);

8. Baume & Mercier Riviera 65541 watch, seized from 5120 Laurel Avenue in Baltimore, Maryland (DEA Asset/Item ID 11-DEA-553698).

21 U.S.C. § 853

1/5/2012
Date

ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

2