**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

| | | |
|---|---|---|
| *Rod J. Rosenstein*<br>*United States Attorney*<br><br>*John W. Sippel, Jr.*<br>*Assistant United States Attorney* | *36 South Charles Street*<br>*Fourth Floor*<br>*Baltimore, Maryland 21201* | *DIRECT: 410-209-4807*<br>*MAIN: 410-209-4800*<br>*FAX: 410-962-3124*<br>*TTY/TDD: 410-962-4462*<br>*John.Sippel@usdoj.gov* |

February 23, 2012

The Honorable Ellen L. Hollander
United States District Judge
United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    United States v. Lawrence Lee Hayes, Jr., *et al.*
                Criminal no. ELH-11-0258

Dear Judge Hollander:

      On December 9, 2011, the Court issued a scheduling order setting deadlines of February 24, 2012 for defendants' motions and March 30, 2012 for the Government's response(s) to defendants' motions. Several defense counsel are currently in trial and have requested that the deadlines concerning motions be delayed, and the Government consents to the request. Specifically, the parties respectfully request that defendants' motions be due on or before **March 9, 2012**, and the Government's response(s) to defendants' motions be due on or before **April 6, 2012**. All other deadlines and dates should remain intact.

      Thank you for your consideration of this request. Please call me at (410) 209-4807 if the Court has any questions concerning this matter.

                                  Respectfully submitted,

                                  Rod J. Rosenstein
                                  United States Attorney

                                  /s/
                                  John W. Sippel, Jr.
                                  Assistant United States Attorney

cc:    All counsel of record (via ECF)