**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | **Criminal No.: ELH-11-0258** |
| **RICHARD ANTHONY WILFORD** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR DISCLOSURE PURSUANT TO FED. R. EVID. 404(b) AND 609**

COMES NOW the Defendant, Richard Wilford, by and through undersigned counsel, and respectfully moves this Court to enter an Order directing the prosecution to disclose to the Court and counsel for the accused, notice of its intention to use (either in its case-in-chief or in rebuttal) any evidence of crimes, wrongs or acts allegedly committed by Mr. Wilford, and/or any indicted or unindicted co-conspirator, or any other information which the prosecution will seek to admit pursuant to Fed. R. Evid. 404(b) or 609 (hereinafter "404(b) evidence"), providing the requested information with regard to each such item of 404(b) evidence, and in support thereof, states as follows:

1. Mr. Wilford requests notice of the government's intention to introduce into evidence any evidence regarding alleged prior or subsequent other criminal conduct and/or "bad acts" (hereinafter "acts") which are not charged in any iteration of the Indictment herein:

    a. Allegedly committed by, involving, or concerning Mr. Wilford;

    b. Allegedly committed by, involving, or concerning any party charged in any iteration of the Indictment herein;

    c.  Allegedly committed by, involving, or concerning a co-conspirator(s) regardless of whether said co-conspirator(s) was charged or named in any iteration of the Indictment herein.

2.  Mr. Wilford requests notice of the prosecution's intent to introduce into evidence, pursuant to Fed. R. Evid. 404(b) and 609, any evidence regarding any acts:

    a.  Allegedly committed by, involving, or concerning Mr. Wilford;

    b.  Allegedly committed by, involving, or concerning any party charged in any iteration of the Indictment herein.

3.  Pretrial notice of the prosecution's intention in regard to each of the requested areas set forth in Paragraphs 1 and 2, *supra,* is necessary to enable Mr. Wilford to consider the potential for prejudice to this case and to respond thereto. Per the guidance of the Supreme Court, *see Huddleston v. United States*, 485 U.S. 681 (1988), for each such item of evidence such notice must include:

    a.  The nature of the evidence;

    b.  The pertinent witnesses;

    c.  Any supporting documentation; and

    d.  The legal theory of admissibility to be relied upon by the prosecution.

This procedure is necessary to enable Mr. Wilford to file appropriate pretrial motions and motions *in limine*, and to allow this Court to make a considered pretrial determination of the admissibility of any such evidence proffered by the

prosecution. In addition, such pretrial notice will provide the defense an opportunity to challenge the evidence on its merits and/or to discuss with the prosecution the possibility of stipulating to such evidence.

WHEREFORE, for the foregoing reasons, Mr. Wilford respectfully requests this Honorable Court to direct the prosecution to disclose to the Court and the defense, notice of its intention to use (either in its case-in-chief or in rebuttal), any evidence of crimes, wrongs, or acts allegedly committed by Mr. Wilford, and/or any indicted or unindicted co-conspirator, or any other information which the prosecution will seek to admit pursuant to Fed. R. Evid. 404(b) or 609.

Respectfully submitted,

_____/s/_____
Law Office of Purpura & Purpura
William B. Purpura
Bar # 00074
Law Office of Purpura & Purpura
8 East Mulberry St.
Baltimore, MD 21202
Tel:  410-727-8550