# PURPURA & PURPURA
## ATTORNEYS AT LAW

**William B. Purpura*** 
wpurpura@purpuralaw.com 
\* Admitted in MD, CA & 
   US District Ct., DC

**Christopher J. Purpura** 
cpurpura@purpuralaw.com 
———

**Christine M. Frate** 
cfrate@purpuralaw.com

*THE BONAPARTE BUILDING* 
*8 E. MULBERRY STREET* 
*BALTIMORE, MARYLAND 21202* 
*PHONE: 410-727-8550* 
*FAX: 410-576-9351*

<u>Of Counsel</u>

**Marta K. Kahn*** 
mkkahn@yahoo.com 
\*Admitted in MD & VA

October 16, 2012

Honorable Ellen L. Hollander 
United States District Court 
for the District of Maryland 
101 W. Lombard Street 
Baltimore, Maryland 21201

    Re:   *United States v. Richard Wilford* 
           Case No.: ELH-11-0258 
           SCHEDULING

Dear Judge Hollander:

      With the Court's permission, due to numerous new opinions involving GPS, defense and government counsel have agreed to the following additional Briefing Schedule:

- Defense will have until November 12, 2012 to supplement motions already filed.
- The Government's Response will be due on or before December 21, 2012.
- Any Defense Reply will due on December 31, 2012.
- Motions Hearing date, Friday January 27, 2013 at 10:00 A.M.

      Thank you for your consideration and please do not hesitate to contact me if you have any questions or concerns.

                              Respectfully,

                              /s/

                              William B. Purpura