# PURPURA & PURPURA
## ATTORNEYS AT LAW

**William B. Purpura\***
wpurpura@purpuralaw.com
\* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

**Christine M. Frate**
cfrate@purpuralaw.com

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

Of Counsel

**Marta K. Kahn\***
mkkahn@yahoo.com
\*Admitted in MD & VA

October 16, 2012

*Schedule is
Approved.
ELH
USDJ
10/16/12*

Honorable Ellen L. Hollander
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   *United States v. Richard Wilford*
      Case No.: ELH-11-0258
      SCHEDULING

Dear Judge Hollander:

   With the Court's permission, due to numerous new opinions involving GPS, defense and government counsel have agreed to the following additional Briefing Schedule:

- Defense will have until November 12, 2012 to supplement motions already filed.

- The Government's Response will be due on or before December 21, 2012.

- Any Defense Reply will due on December 31, 2012.

- Motions Hearing date, Friday January 27, 2013 at 10:00 A.M.
  *25*

   Thank you for your consideration and please do not hesitate to contact me if you have any questions or concerns.

Respectfully,

/s/

William B. Purpura