# PURPURA & PURPURA
## ATTORNEYS AT LAW

**William B. Purpura\***
wpurpura@purpuralaw.com
\* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

**Christine M. Frate**
cfrate@purpuralaw.com

*THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

Of Counsel

**Marta K. Kahn\***
mkkahn@yahoo.com
\*Admitted in MD & VA

October 17, 2012

Mr. John Sipple
Assistant United States Attorney
36 South Charles Street
4th Floor
Baltimore, Maryland 21201

    Re:    United States v. Richard Anthony Wilford
             Crim. No.: ELH-11-0258
            **GPS DATA DISCOVERY REQUEST**

Dear Mr. Sipple:

      Please provide the following information which is necessary for supplemental motions and the hearing to suppress evidence now scheduled for January 25, 2012:

1. Dates of installation of ALL GPS devices used in the Hayes, et al., investigation. This information should include when the devices were installed; the type of device; where the device was installed (location on the vehicle and was the vehicle on public or private property when device was installed); when the device was removed.
2. Data from GPS tracking electronically stored and/or any notes reports of tracking based on GPS data received through installation of tracking devices.
3. Data regarding the 911 "pinging" of phones; at what point did investigators begin using the 911 "pinging" on phones that were allegedly associated with Mr. Wilford either to aid GPS tracking or in lieu of GPS tracking; which phones, if any, that were associated to Mr. Wilford were "pinged"; any records/data retrieved from the pinging devices.

      Additionally, please provide any notice to the United States Attorney's Office for the District of Maryland, the DEA Baltimore Field Office, the States Attorney's Office for Baltimore City, and any other applicable agency/office, involving the DC Circuit Court decision in *Maynard/Jones*, 615 F.3d 544 which was decided on August 6, 2010. This

request includes any memos from DOJ, inter office memos, emails and/or continued legal education news letters or classes which discuss the DC Circuit's decision that use of GPS constituted a search and violates Fourth Amendment expectation of privacy by installing GPS without a valid warrant.

      Thank you for your attention to this matter and please do not hesitate to contact my office if you have any questions or concerns.

                                      Sincerely,

                                      /s/

                                    William B. Purpura