## United States District Court
## District Of Maryland

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

November 19, 2012

William B. Purpura, Jr., Esquire

John Walter Sippel, Jr., Esquire

     Re:    *United States of America v. Richard Anthony Wilford*
              Criminal No.:  ELH-11-258

Dear Counsel:

     This will confirm the trial date of **May 20, 2013** (jury, 5-day).  The following schedule shall govern:

1. Motions in limine, joint proposed voir dire, joint proposed jury instructions, and a proposed joint verdict sheet are due by **April 12, 2013**.

2. Any oppositions to any motions in limine are due by **April 26, 2013**.

3. A pretrial conference will be held, in chambers, on **Friday, May 10, 2013 at 4:00 p.m.**

     Of course, you may file separately any proposed voir dire questions, jury instructions, and verdict forms upon which you cannot agree.  Copies of all submissions should be sent by Microsoft Word format to my judicial assistant, Karen Warren, at karen.warren@mdd.uscourts.gov.

     Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                             Sincerely,

                             /s/
                             Ellen Lipton Hollander
                             United States District Judge