IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | Criminal No.: ELH-11-0258 |
| RICHARD ANTHONY WILFORD | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO WITHDRAW REQUEST FOR GPS DATA

NOW COMES the defendant, Richard Anthony Wilford, by and through undersigned counsel, and respectfully withdraws the request for GPS data, and in support therefore, states as follows:

1. That on December 26, 2012, undersigned counsel filed document 166, Motion for Disclosure of Relevant Evidence Withheld by the Government and Request for Hearing, seeking GPS data relevant to Mr. Wilford as well as numerous additional discovery requests.

2. That since filing the discovery request undersigned counsel has had an opportunity to speak with Assistant United States Attorney John Sippel.  Undersigned counsel learned while speaking with Mr. Sippel that the requested GPS data was in fact previously provided.  That undersigned counsel's computer expert was unable to locate the GPS data as it was embedded within other documents.

3. That in retrospect, undersigned counsel should have reached out to Mr. Sippel to discuss any discovery issues prior to filing the above discovery motion.

WHEREFORE, it is respectfully requested that counsel's request for GPS data be withdrawn as this discovery has previously been provided.

        Respectfully submitted,


_____/s/_____
William B. Purpura, Esquire
Law Office of Pupura & Purpura
8 E. Mulberry Street
Baltimore, Maryland 21202
410-727-8550