**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Chambers of<br>**Ellen Lipton Hollander**<br>District Court Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-0742 |

January 28, 2013

MEMO TO COUNSEL

    Re:   *United States of America v. Richard Anthony Wilford*
            Criminal No. ELH-11-00258-2

Dear Counsel:

    As you know, we did not conclude the motions hearing held on January 25, 2013. Due to inclement weather, the clerk's office closed at 4:00 p.m. and therefore it was necessary to recess the proceedings at that time.

    This memo will confirm our discussions with respect to scheduling. Mr. Purpora has advised that he may not be able to proceed with this trial on the previously scheduled date of May 20, 2013, because he will be in an ongoing capital trial in Philadelphia. I will not yet remove this trial from my calendar, however. Instead, I will set a backup trial date of **September 9, 2013**.

    In addition, the defense has requested an opportunity to undertake additional research with respect to the legislative history and possible opinions of the Maryland Attorney General in regard to the pen register and trap and trace statutes under Maryland law. *See* Md. Code (2006 Repl. Vol.), § 10-4B-01 *et. seq.* of the Courts and Judicial Proceedings Article. Any additional submissions from the defense are due by **February 15, 2013**. The Government's response is due on or before **February 22, 2013**. The motions hearing will resume at **10:00 a.m. on March 8, 2013**.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                                          Sincerely,

                                                           /s/
                                                           Ellen Lipton Hollander
                                                           United States District Judge