IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES
Plaintiff

vs.     Case No.: ELH-11-0258

RICHARD WILFORD
Defendant



FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JAN 28 A 9: 11

\*\*\*\*\*\*

### Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

| GOVERNMENT'S EXHIBITS | DEFENDANT'S EXHIBITS |
|---|---|
| 1/25/13 | |

All Government's exhibits returned: _____

All Defendant's exhibits returned: _____

Received the above listed exhibits this date:

Counsel for Government: _____

Counsel for Defendant(s): _____

Date: January 25, 2013