IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

RICHARD ANTHONY WILFORD,

Defendant.

Criminal No. ELH-11-0258

\*

\*

\*

...oOo...

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 1a | photograph | SA Mark Lester | 1/25/13 | 1/25/13 |
| 1b | photograph | SA Mark Lester | 1/25/13 | 1/25/13 |
| 1c | photograph | SA Mark Lester | 1/25/13 | 1/25/13 |
| 1d | photograph | SA Mark Lester | 1/25/13 | 1/25/13 |
| 2a | photograph | SA Mark Lester | | |
| 2b | photograph | SA Mark Lester | | |
| 2c | photograph | SA Mark Lester | | |
| 2d | photograph | SA Mark Lester | | |
| 2e | photograph | SA Mark Lester | | |
| 2f | photograph | SA Mark Lester | | |
| 3a | photograph | SA Mark Lester | | |
| 3b | photograph | SA Mark Lester | | |
| 3c | photograph | SA Mark Lester | | |
| 3d | photograph | SA Mark Lester | | |
| 3e | photograph | SA Mark Lester | | |
| 4a | photograph | SA Mark Lester | | |
| 4b | photograph | SA Mark Lester | | |
| 4c | photograph | SA Mark Lester | | |
| 4d | photograph | SA Mark Lester | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| 5a | photograph | SA Mark Lester | | |
| 5b | photograph | SA Mark Lester | | |
| 5c | photograph | SA Mark Lester | | |
| 5d | photograph | SA Mark Lester | | |
| 5e | photograph | SA Mark Lester | | |
| 5f | photograph | SA Mark Lester | | |
| 5g | photograph | SA Mark Lester | | |
| 5h | photograph | SA Mark Lester | | |
| 5i | photograph | SA Mark Lester | | |
| 5j | photograph | SA Mark Lester | | |
| 6 | Document | | 1/25/13 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |