# UNITED STATES OF AMERICA

### vs.

## RICHARD ANTHONY WILFORD

**Criminal No. ELH-11-0258**                              **Defendant Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 11/6/2013 | 11/6/2013 | Court Order for Slap On Device re: GPS |
| 2 | 11/6/2013 | 11/6/2013 | Letter from AUSA John Sippel dated 10/9/2013 |
| 3 | 11/6/2013 | 11/6/2013 | SEALED |
| 4 | 11/6/2013 | | Transcript |
| 5 | 11/6/2013 | 11/6/2013 | Google Earth Map |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)