**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

Chambers of
**Ellen Lipton Hollander**
District Court Judge

101 West Lombard Street
Baltimore, Maryland 21201
410-962-0742

January 31, 2024

John Sippel, Jr., Esquire
 Assistant United States Attorney

Brent Newton, Esquire

    Re:    *United States of America v. Richard Anthony Wilford*
            Criminal No.: ELH-11-00258

Dear Counsel:

    I am in receipt of the "Government's Motion To Unseal Attorney Inquiry Hearings" (ECF 717), as well as the defendant's response in opposition to the request. ECF 718. The hearings were held on July 3, 2013 (ECF 212) and February 18, 2014 (ECF 286). Counsel have not addressed whether this Court has jurisdiction to grant relief, given that the case is pending in the Fourth Circuit.

    As I understand it, Mr. Wilford claims that defense trial counsel provided ineffective assistance by advising him in such a way as to lead him to reject "favorable plea offers." *See* ECF 718 at 2. In light of the contention, it would seem that the attorney inquiry hearings could well be relevant. Moreover, the government's argument as to waiver is hardly frivolous.

    Nevertheless, based on the posture of the case, I believe that the government's motion is one that should be made by the Fourth Circuit. Accordingly, I will deny the government's motion, without prejudice to the right of the government to ask the Fourth Circuit to unseal the attorney inquiry hearings.

    Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

                                            Sincerely,

                                            /s/
                                          Ellen Lipton Hollander
                                          United States District Judge